UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABLE OERTELL, | No. 2:17-cv-0267 TLN DB |
| Plaintiff, | |
| v. | ORDER |
| SIX FLAGS ENTERTAINMENT CORPORATION, et al., | |
| Defendants. | |

This action came before the court on June 23, 2017, for hearing of plaintiff's motion to compel. Attorney Steven Derby appeared in person on behalf of the plaintiff. Attorney Hayley Grunvald appeared telephonically on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 57) is granted; and

2. The parties' shall complete the site inspection within sixty days of the date of this order.

Dated: June 26, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6

DB\orders\orders.civil\oertell0267.oah.062317

2