| | |
|---|---|
| MABLE OERTELL,<br><br>Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, et al.,<br><br>Defendants. | No. 2:17-cv-0267 TLN DB<br><br><br><u>ORDER</u> |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

This action came before the court on August 18, 2017, for hearing of plaintiff's motion for contempt. Attorney Steven Derby appeared in person on behalf of the plaintiff. Attorney Hayley Grunvald appeared in person on behalf of defendants Six Flags Entertainment Corporation; Park Management Corporation; Panda Restaurant Group, Inc., and Kahala Restaurant Holdings LLC. Attorney Jacob Daniels appeared telephonically on behalf of defendant Dippin' Dots, LLC.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. The hearing of plaintiff's motion for contempt (ECF No. 67) is continued to Friday, **September 1, 2017,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

////

1

2. The parties shall file a joint statement on or before Monday, **August 28, 2017**, at **10:00 a.m.**; and

3. The parties' joint statement shall address whether the court's June 26, 2017 order (ECF No. 62) has been complied with and, if the order has not been complied with, what sanction or sanctions against the defendants are appropriate.

Dated: August 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\oertell0267.oah.081817