UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABLE OERTELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0267 TLN DB<br><br><br>ORDER |

On June 26, 2017, the undersigned issued an order granting plaintiff's motion to compel and ordering the parties to complete a site inspection within sixty day. (ECF No. 62.) On August 18, 2017, this matter came before the undersigned for hearing of plaintiff's motion for contempt for defendants' failure to comply with the June 26, 2017 order. (ECF No. 78.) On August 21, 2017, the undersigned issued an order continuing the hearing of plaintiff's motion for contempt to Friday, September 1, 2017. (ECF No. 79.)

That order also directed the parties to file a joint statement addressing whether the June 26, 2017 order had been complied with. (Id. at 2.) On August 28, 2017, the parties filed a "Joint Status Report Following Site Inspection on August 22, 2017." (ECF No. 86.) Therein, the parties state that "[a] site inspection was held on August 22, 2017 . . . ." (Id. at 2.)

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The September 1, 2017 hearing of plaintiff's motion for contempt is vacated; and

2. Plaintiff's July 19, 2017 motion for contempt (ECF No. 67) is denied without prejudice as having been rendered moot.

Dated: August 28, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\oertell0267.mts.moot.ord

2