STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS, & GOLDSMITH, L.P.
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
sderby@dmglawlawfirm.com

PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
MABLE OERTELL

*Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MABLE OERTELL,<br><br>      Plaintiff,<br><br>      v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION; PARK MANAGEMENT CORP dba SIX FLAGS DISCOVERY KINGDOM; DIPPIN DOTS, LLC; FOTO FANTASY, INC.; PANDA RESTAURANT GROUP, INC.; DOE NO. 1 dba COLD STONE CREAMERY RESTAURANT No. 22293; KAHALA RESTAURANT FRANCHISING, LLC; and DOES 2-20, Inclusive,<br><br>      Defendants. | Case No. 2:17-cv-00267-TLN-DB<br><br>**STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE**<br><br>**DATES MODIFIED FROM SUBMITTED VERSION** |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com

| | |
|---|---|
| 1 | 12275 El Camino Real, Suite 200 |
| 2 | San Diego, CA 92130-2006<br>Telephone:     858.720.8900 |
| 3 | Facsimile:     858.509.3691 |
| 4 | Attorneys for Defendants<br>SIX FLAGS ENTERTAINMENT CORPORATION; |
| 5 | PARK MANAGEMENT CORPORATION; PANDA<br>RESTAURANT GROUP, INC.; AND KAHALA |
| 6 | RESTAURANT HOLDINGS, LLC |
| 7 | JANET L. GRUMER, SBN 232723<br>janetgrumer@dwt.com |
| 8 | DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor |
| 9 | Los Angeles, California 90017-2566<br>Telephone: (213) 633-6800 |
| 10 | Fax: (213) 633-6899 |
| 11 | Attorneys for Defendant<br>DIPPIN' DOTS, LLC |

Plaintiff Mable Oertell ("Plaintiff") and Defendants SIX FLAGS ENTERTAINMENT CORPORATION, PARK MANAGEMENT CORPORATION, PANDA RESTAURANT GROUP, INC., and KAHALA RESTAURANT HOLDINGS ("Six Flags Defendants"); Defendant FOTO FANTASY, INC., and Defendant DIPPIN' DOTS, LLC (collectively, the "Parties") by and through their respective attorneys, hereby jointly stipulate and respectfully request the trial date and pretrial deadlines in this case be continued.  Presently, trial in this case is scheduled to begin on June 4, 2018.  This first request for an extension of time is based on the following good cause:

1. On July 11, 2017, Defendants filed a motion for partial summary judgment ("Partial MSJ"). [Dkt. No. 63.]  Defendants' Partial MSJ is fully briefed but no ruling has been issued by the Court.

2. In light of Defendants' Partial MSJ, on July 18, 2017, Defendants filed a Motion to Stay Discovery Pending Adjudication of Defendants' Motion for Summary Judgment.  [Dkt. No. 65.]  On July 24, 2017, Magistrate Judge Barnes issued a minute order directing that Defendants had incorrectly noticed the motion on her

calendar and directed that it must be placed on Judge Nunley's civil law and motion calendar instead. [Dkt. No. 71.] On July 18, 2017, Defendants' refiled their Motion to Stay on Judge Nunley's civil law and motion calendar. [Dkt. No. 72.] On January 19, 2018, the Court denied Defendants' Motion to Stay.

3. To date, other than a site inspection which was held on August 22, 2017, no discovery has been exchanged since the Parties were awaiting the Court's decision on Defendants' Motion to Stay.

4. Since the Court issued its decision denying Defendants' Motion to Stay on January 19, 2018, and the deadline to complete discovery in this matter is currently February 15, 2018, the Parties need additional time to conduct discovery in this matter. [Dkt. No. 93.]

Based on the foregoing, the parties jointly stipulate and request that the Court continue the trial date from January 22, 2019, to April 30, 2019, and that the associated case deadlines be continued as follows:

| | |
|---|---|
| Fact discovery cut-off: | May 17, 2018 |
| Expert disclosure: | July 19, 2018 |
| Expert rebuttal: | August 8, 2018 |
| Expert discovery cut-off: | September 7, 2018 |
| Hearing of dispositive motions: | November 29, 2018 |
| Joint pretrial conference statement: | February 7, 2019 |
| Pretrial conference: | February 14, 2019 |
| Trial briefs: | April 16, 2019 |
| Trial: | April 30, 2019 |

| | | |
|---|---|---|
| Dated: January 26, 2018 | | DERBY, McGUINNESS & GOLDSMITH, L.P.<br>LAW OFFICES OF PAUL L. REIN |
| | By | */s/ Steven L. Derby*<br>STEVEN L. DERBY<br>Attorneys for Plaintiff<br>MABLE OERTELL |
| Dated: January 26, 2018 | | SHEPPARD, MULLIN, RICHTER & HAMPTON |
| | By | */s/ Hayley S. Grunvald*<br>HAYLEY S. GRUNVALD<br>Attorneys for Defendants<br>SIX FLAGS ENTERTAINMENT CORPORATION; PARK MANAGEMENT CORPORATION; PANDA RESTAURANT GROUP, INC.; AND KAHALA RESTAURANT HOLDINGS, LLC |
| Dated: January 26, 2018 | | DAVIS WRIGHT TREMAINE LLP |
| | By | */s/ Janet L. Grumer*<br>JANET L. GRUMER<br>Attorneys for Defendant<br>DIPPIN' DOTS, LLC |

| | | |
|---|---|---|
| 1 | **ORDER** | |
| 2 | Pursuant to the parties' stipulation, it is hereby ordered that the deadlines are reset as | |
| 3 | follows: | |

| | |
|---|---|
| Fact discovery cut-off: | May 17, 2018 |
| Expert disclosure: | July 19, 2018 |
| Expert rebuttal: | August 8, 2018 |
| Hearing of dispositive motions: | **December 6, 2018** |
| Joint pretrial conference statement: | **February 14, 2019** |
| Final Pretrial Conference: | **February 21, 2019, at 2:00 PM** |
| Jury Trial: | **May 6, 2019, at 9:00 AM** |

**IT IS SO ORDERED.**

DATED: January 26, 2018

Troy L. Nunley
United States District Judge