1  STEVEN L. DERBY, ESQ. (SBN 148372)
   DERBY, McGUINNESS, & GOLDSMITH, L.P.
2  200 Lakeside Drive, Suite A
   Oakland, CA 94612
3  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
4  sderby@dmglawlawfirm.com

5  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
6  200 Lakeside Drive, Suite A
   Oakland, CA 94612
7  Telephone: 510/832-5001
   Facsimile: 510/832-4787
8  reinlawoffice@aol.com

9  Attorneys for Plaintiff
   MABLE OERTELL

10 *Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MABLE OERTELL, | Case No. 2:17-cv-00267-TLN-DB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE** |
| v. | |
| SIX FLAGS ENTERTAINMENT CORPORATION; PARK MANAGEMENT CORP dba SIX FLAGS DISCOVERY KINGDOM; DIPPIN DOTS, LLC; FOTO FANTASY, INC.; PANDA RESTAURANT GROUP, INC.; DOE NO. 1 dba COLD STONE CREAMERY RESTAURANT No. 22293; KAHALA RESTAURANT FRANCHISING, LLC; and DOES 2-20, Inclusive, | |
| Defendants. | |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com

| | |
|---|---|
| 1 | 12275 El Camino Real, Suite 200 |
| 2 | San Diego, CA 92130-2006<br>Telephone:  858.720.8900<br>Facsimile:  858.509.3691 |
| 3 | |
| 4 | Attorneys for Defendants<br>SIX FLAGS ENTERTAINMENT CORPORATION; |
| 5 | PARK MANAGEMENT CORPORATION; PANDA<br>RESTAURANT GROUP, INC.; AND KAHALA |
| 6 | RESTAURANT HOLDINGS, LLC |
| 7 | JANET L. GRUMER, SBN 232723<br>janetgrumer@dwt.com |
| 8 | DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor |
| 9 | Los Angeles, California 90017-2566<br>Telephone: (213) 633-6800 |
| 10 | Fax: (213) 633-6899 |
| 11 | Attorneys for Defendant<br>DIPPIN' DOTS, LLC |

Plaintiff Mable Oertell ("Plaintiff") and Defendants SIX FLAGS ENTERTAINMENT CORPORATION, PARK MANAGEMENT CORPORATION, PANDA RESTAURANT GROUP, INC., and KAHALA RESTAURANT HOLDINGS ("Six Flags Defendants"); Defendant FOTO FANTASY, INC., and Defendant DIPPIN' DOTS, LLC (collectively, the "Parties") by and through their respective attorneys, hereby jointly stipulate and respectfully request the trial date and pretrial deadlines in this case be continued.  Presently, trial in this case is scheduled to begin on April 30, 2019.  This is the second request for an extension of time is based on the following good cause:

1. On July 11, 2017, Defendants filed a motion for partial summary judgment ("Partial MSJ"). [Dkt. No. 63.]  Defendants' Partial MSJ is fully briefed but no ruling has been issued by the Court.

2. In light of Defendants' Partial MSJ, on July 18, 2017, Defendants filed a Motion to Stay Discovery Pending Adjudication of Defendants' Motion for Summary Judgment.  [Dkt. No. 65.]  On July 24, 2017, Magistrate Judge Barnes issued a minute order directing that Defendants had incorrectly noticed the motion on her

calendar and directed that it must be placed on Judge Nunley's civil law and motion calendar instead. [Dkt. No. 71.] On July 18, 2017, Defendants' refiled their Motion to Stay on Judge Nunley's civil law and motion calendar. [Dkt. No. 72.] On January 19, 2018, the Court denied Defendants' Motion to Stay.

3. To date, other than a site inspection which was held on August 22, 2017, no discovery has been exchanged since the Parties were awaiting the Court's decision on Defendants' Motion to Stay.

4. Since the Court issued its decision denying Defendants' Motion to Stay on January 19, 2018, and the deadline to complete discovery in this matter is currently May 17, 2018, the Parties need additional time to conduct discovery in this matter. [Dkt. No. 93.]

Based on the foregoing, the parties jointly stipulate and request that the Court continue the trial date from May 6, 2019, to December 2, 2019, and that the associated case deadlines be continued as follows:

| | |
|---|---|
| Fact discovery cut-off: | November 16, 2018 |
| Expert disclosure: | January 18, 2019 |
| Expert rebuttal: | February 15, 2019 |
| Expert discovery cut-off: | March 15, 2019 |
| Hearing of dispositive motions: | June 14, 2019 |
| Joint pretrial conference statement: | September 6, 2019 |
| Pretrial conference: | September 13, 2019 |
| Trial briefs: | November 18, 2019 |
| Trial: | December 2, 2019 |

| | | |
|---|---|---|
| Dated: April 16, 2018 | | DERBY, McGUINNESS & GOLDSMITH, L.P.<br>LAW OFFICES OF PAUL L. REIN |
| | By | */s/ Steven L. Derby*<br>STEVEN L. DERBY<br>Attorneys for Plaintiff<br>MABLE OERTELL |
| Dated: April 16, 2018 | | SHEPPARD, MULLIN, RICHTER & HAMPTON |
| | By | */s/ Hayley S. Grunvald*<br>HAYLEY S. GRUNVALD<br>Attorneys for Defendants<br>SIX FLAGS ENTERTAINMENT CORPORATION; PARK MANAGEMENT CORPORATION; PANDA RESTAURANT GROUP, INC.; AND KAHALA RESTAURANT HOLDINGS, LLC |
| Dated: April 16, 2018 | | DAVIS WRIGHT TREMAINE LLP |
| | By | */s/ Janet L. Grumer*<br>JANET L. GRUMER<br>Attorneys for Defendant<br>DIPPIN' DOTS, LLC |

| | | |
|---|---|---|
| 1 | **ORDER** | |
| 2 | Pursuant to the parties' stipulation, it is hereby ordered that the deadlines are reset as | |
| 3 | follows: | |
| 4 | Fact discovery cut-off: | November 16, 2018 |
| 5 | Expert disclosure: | January 18, 2019 |
| 6 | Expert rebuttal: | February 15, 2019 |
| 7 | **Hearing of dispositive motions:** | **June 13, 2019** |
| 8 | **Joint pretrial conference statement:** | **September 12, 2019** |
| 9 | **Pretrial conference:** | **September 19, 2019, at 2:00 PM** |
| 10 | **Trial:** | **December 2, 2019, at 9:00 AM** |

**IT IS SO ORDERED.**

Dated: April 16, 2018

Troy L. Nunley
United States District Judge